# The Kick Law Firm

A Professional Corporation
815 Moraga Drive
Los Angeles, California 90049
310 395 2988 / 310 395 2088

January 22, 2018

The Hon. Magistrate Stephen L. Crocker
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

RE: *Danell Behrens v. Landmark Credit Union,* Case No. 3:17-cv-00101

Dear Judge Crocker:

As Your Honor previously ordered, Plaintiff has set up a call for tomorrow, January 23 at 3:00 p.m. for a status conference to set the filing deadlines for a response and reply to the Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff today.

Plaintiff has now filed that motion.   Plaintiff wishes to inform the Court, however, in advance of that conference call, that Plaintiff's motion is unopposed, and therefore no response or reply briefs are anticipated to be filed.  Plaintiff will be prepared to answer any questions the Court may have during tomorrow's call about the motion.

Respectfully submitted,

/s/ Taras Kick

Taras Kick

cc:  Stuart M. Richter, stuart.richter@kattenlaw.com; Andrew J. Demko, andrew.demko@kattenlaw.com